# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2418

_____

Mid-South Road Builders, Inc.,      *
     *
             Appellant,      *
     *
        v.      *
     *
Howard Williams, Individually and as      *
Administrator, Arkansas Contractor      *
Licensing Board; James Edward,      *
Chairman, Individually and as a      *
Member of the Arkansas Contractor      *
Licensing Board; Randy McNulty,      *
Vice-Chairman, Individually and as a      *
Member of the Arkansas Contractor      *    Appeal from the United States
Licensing Board; Roger Richmond,      *    District Court for the
Secretary, Individually and as a      *    Eastern District of Arkansas.
Member of the Arkansas Contractor      *
Licensing Board; Ray Nabholz,      *      [UNPUBLISHED]
Individually and as a Member of the      *
Arkansas Contractor Licensing Board;      *
Silas Snow, Individually and as a      *
Member of the Arkansas Contractor      *
Licensing Board; Phil Johnson,      *
Individually and as a Member of the      *
Arkansas Contractor Licensing Board;      *
George McGill, Individually and as a      *
Member of the Arkansas Contractor      *
Licensing Board,      *
     *
             Appellees.      *

_____

Submitted: December 29, 1999
Filed: January 13, 2000

_____

Before RICHARD S. ARNOLD, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Mid-South Road Builders, Inc. (Mid-South) appeals the district court's[1] adverse grant of summary judgment in this 42 U.S.C. § 1983 procedural due process action arising from the non-renewal of its Arkansas contractor's license. After a de novo review, considering the evidence in a light most favorable to Mid-South, see Spitzmiller v. Hawkins, 183 F.3d 912, 914-15 (8th Cir. 1999), we affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.